# ALLEN C. FRANKEL
ATTORNEY AT LAW

October 10, 2025

> Application GRANTED. Defendant's bail conditions are modified to permit a curfew of 9:00am to 9:00pm with continued GPS monitoring, to conduct legitimate business operations. Defendant is to comply with all other bail conditions, including remaining within geographic areas already approved by the Court for travel.
>
> The Clerk of Court is respectfully requested to terminate ECF 8.
>
> Dated: October 10, 2025
> New York, NY
>
> SO ORDERED
>
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Via ECF
Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   US v. Mirzobek Bekmuratov, 1:25-mj-02972-UA

Dear Judge Tarnofsky:

On behalf of defendant Mirzobek Bekmuratov, and with the consent of the government and Pretrial Services, I respectfully request a modification to Mr. Bekmuratov's bond conditions, to permit a curfew of 9:00 am to 9:00 p.m. with continued GPS monitoring and full compliance with all other conditions. The purpose of this modification is to enable Mr. Bekmuratov to perform effectively his role as fleet manager of a small commercial trucking operation consisting of eleven (11) trucks that haul freight nationwide.

Mr. Bekmuratov's business requires him to be on call daily and to respond promptly to address dispatch issues, breakdowns, driver changes, and emergency repairs. Under his current restriction, he may travel only to a single designated office and must request any other movement at least 48 hours in advance, which is a process that is unworkable for an active logistics operation. His business operates out of the New York–New Jersey area and travel would remain restricted to the geographic areas already approved by the Court for travel.

The proposed curfew would maintain GPS supervision while permitting Mr. Bekmuratov to conduct legitimate business operations during the hours of 9:00 AM to 9:00 PM, ensuring both accountability and economic stability. In addition, the curfew would enable Mr. Bekmuratov effectively to care for his wife postpartum, which is scheduled to be by Caesarean section in approximately two weeks.

Thank you for your consideration.

Respectfully submitted,

/s/ Allen C. Frankel

Allen C Frankel, Esq.
Attorney for Mirzobek Bekmuratov

AF:hs
CC: All Counsel (via ECF)
Pretrial Services (via Email)